IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ISSISSIPPI
NORTHERN DIVISION

TOSHIA CROSS o/b/o T.C.                                            PLAINTIFF

V.                                          CASE NO.: 3:16-CV-899 HTW-JCG

NANCY A. BERRYHILL                                               DEFENDANT
Acting Commissioner of Social Security


### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court pursuant to the Report and Recommendation of

United States Magistrate Judge John C. Garguilo [doc. no. 19] and the Plaintiff's written

objection [doc. no. 20] to the Report and Recommendation.  Based upon the evidence therein

contained, this court, having given full consideration to the aforesaid objection, finds the same

not well taken. Therefore, the Report and Recommendation of the United States Magistrate

Judge **[doc. No. 19]** is hereby adopted as the order of this court. Plaintiff's motion for summary

judgment **[doc. no. 12]** is denied, and the Defendant's motion to affirm the Commissioner's

decision [doc. no. 16] is granted. Plaintiff's social security appeal is dismissed with prejudice.


**SO ORDERED AND ADJUDGED**, this the 3RD day of March, 2018.


s/ HENRY T. WINGATE_____
UNITED STATES DISTRICT JUDGE